UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x
SHANGMING LU and
MARIA OLGA LLIGUICOTA,

                                  Plaintiffs,

            v.                                        Case No. 21-cv-1073  VAB

Diamond Nail & Spa CT INC
d/b/a Diamond Nial
Yan Zhi Liu
a/k/a Yanzhi Liu
YUE ZHU CHEN
a/k/a Yuezhu Chen   and
MICHELLE 'DOE'

                                  Defendants
-----------------------------------------------------------------x

### MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT

The undersigned defendant hereby petitions the Court for an extension of time to answer the complaint in the above entitled action on the following grounds: financial hardship retain a qualified counsel during COVID-19.   Therefore, the undersigned defendant relies on 66-1, which permits the chief clerk to grant motions for extension of time upon a showing of good cause.   The specific facts demonstrate good cause for a twenty-one (21) day extension of time.

Date: 9/9/2021

                                          Respectfully submitted

                                          _____
                                          Liu, Yanzhi
                                          107 Greenwich Ave
                                          Greenwich, CT, 06830

```
-----------------------------------------------------------x
SHANGMING LU and
MARIA OLGA LLIGUICOTA,

                              Plaintiffs,
       v.
Diamond Nail & Spa CT INC
d/b/a Diamond Nial
Yan Zhi Liu                                  Case No. 21-cv-1073
a/k/a Yanzhi Liu
YUE ZHU CHEN
a/k/a Yuezhu Chen  and
MICHELLE 'DOE'
                              Defendants
-----------------------------------------------------------x
```

PROPOSAL ORDER

ORDER EXTENDING TIME for cause shown in the foregoing motion, It is ordered that

( ) Plaintiff
( ) Defendant

is allowed to and including the _____ day of _____, 20___ to perform the action requested in the above motion.

This is _____ day of _____, 20____.


                                             _____
                                             District Court Judge
                                             Victor Allen. Bolden

Certificate of Service

I, Liu, Yanzhi, hereby certify that a copy of the foregoing was served by first class mail to John Troy Troy Law, PLLC 41-25 Kissena Blvd., Suite 103 , Flushing, NY 11355 on 9/9/2021.

_____
Liu, Yanzhi