UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHANGMING LU,
MARIA OLGA LLIGUICOTA,

   *Plaintiff*

V.                                          3:19-cv-02017 VAB
DIAMOND NAILS & SPA CT INC,
YAN ZHI LIU,
YUE ZHU CHEN,

   *Defendants*

## JUDGMENT

This matter came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge. On July 9, 2024 the court dismissed plaintiff Shangming Lu from the case. On July 10, 2024, after deliberation, the jury returned a verdict in favor of the plaintiff, Maria Olga Llinguicota, against the defendant, Diamond Nails & Spa CT Inc. The verdict returned finding Diamond Nail & Spa CT Inc, as liable "successors". The jury returned a verdict finding defendants Yan Zhi Liu and Yue Zhu Chen not liable as "successors", It is therefore.

ORDERED, ADJUDGED, and DECREED that judgment shall enter for the plaintiff and the case is closed.

Dated at New Haven, Connecticut, this 30th day of September 2024.

                                                                  DINAH MILTON KINNEY, Clerk

                                                                  By:/s/ Tatihana Murphy
                                                                  Deputy Clerk

EOD: 9/30/2024