UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA OLGA LLIGUICOTA,<br><br>*Plaintiff*<br><br>V.<br>DIAMOND NAIL & SPA CT INC,<br>*Defendants* | 3:21-CV-1073 VAB |

## **JUDGMENT**

This matter came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge. On July 10, 2024 a jury returned a verdict in favor of the plaintiff, Maria Olga Lliguicota. On August 15, 2024, the plaintiff's attorney filed a motion for attorney's fees and costs against defendant Diamond Nail & Spa CT Inc. On October 11, 2024, the court entered an order granting the motion for attorney's fees and costs for a total amount of $33,639.93, It is therefore.

ORDERED, ADJUDGED, and DECREED that judgment shall enter for the plaintiff.

Dated at New Haven, Connecticut, this 16th day of October 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Tatihana Murphy
Deputy Clerk

EOD: 10/16/2024